Form B6F (12/03)

**Amended**

In re  Sean Eric Merryman,                    Case No.  05-28213
       Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8107<br>Awa Collections<br>Po Box 6605<br>Orange, CA 92863 | | | 1. Closed<br>2. COLLECTION | | | | 43.00 |
| ACCOUNT NO. 3792<br>Bank Of America<br>1825 E Buckeye Rd<br>Phoenix, AZ 85034 | | | 1. Closed by Grantor<br>2. CHARGE OFF | | | | 2,131.00 |
| ACCOUNT NO. 0458<br>Capone Bank-int Inves<br>456 N Kimball Pl<br>Boise, ID 83704 | | | 1. Closed<br>2. CHARGE OFF | | | | 337.00 |
| ACCOUNT NO. 2439<br>Cavalry Portfolio Svcs<br>4050 E Cotton Center Blv<br>Phoenix, AZ 85040 | | | 1. Closed<br>2. COLLECTION | | | | 2,399.00 |

____2____ continuation sheets attached

Subtotal (Total of this page) $  4,910.00

Total (Use only on last page) $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 31842

Form B6F - Cont.
(12/03)

Sean Eric Merryman                                                           05-28213

**In re** _____,   **Case No.** _____
           **Debtor**                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8002<br>Chld Supp Md<br>311 W Saratoga St<br>Baltimore, MD 21201 | | | 1. Closed by Grantor<br>2. COLLECTION | | | | 5,471.00 |
| ACCOUNT NO. 0290<br>Gemb/care Care One Tan<br>Po Box 276<br>Dayton, OH 45401 | | | 1. PURCHASED BY ANOTHER LENDER<br>2. TRANSFERRED TO ANOTHER LENDER<br>3. Closed by Grantor<br>4. CHARGE OFF | | | | 337.00 |
| ACCOUNT NO. 3348<br>Pinnacle Credit Serivc<br>7900 Highway 7 # 100<br>Saint Louis Park, MN 55426 | | | 1. Closed<br>2. COLLECTION | | | | 363.00 |
| ACCOUNT NO.<br>Sherry Ellison<br>2123 North Charles Street<br>Baltimore, MD 21218 | | | Consideration: Contract | | | | 25,000.00 |
| ACCOUNT NO.<br>Shumaker Williams P.C.<br>C/o Harry Levy<br>40 W Chesapeake Ave Ste 605<br>Towson, MD 21204 | | | Attorney For: Sherry Ellison | | | | Notice Only |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 31,171.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Amended*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-642 - 31842

Form B6F - Cont.
(12/03)

Sean Eric Merryman                                              05-28213

**In re** _____,   **Case No.** _____
                                  **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0020<br>Soc Sec Adm Balt Fcu<br>Po Box 7560<br>Baltimore, MD 21207 | | | 1. Closed by Grantor<br>2. CHARGE OFF | | | | 6,952.00 |
| ACCOUNT NO. 0001<br>Soc Sec Adm Balt Fcu<br>Po Box 7560<br>Baltimore, MD 21207 | | | 1. Closed by Grantor<br>2. CHARGE OFF | | | | 408.00 |
| ACCOUNT NO. 8400<br>Ss Admin Fcu<br>6401 Security Blvd Altmyer Bldg<br>Baltimore, MD 21235 | | | 1. ACCOUNT WAS DELINQUENT<br>2. CURRENT | | | | -1.00 |
| ACCOUNT NO. 0001<br>Verizon Wireless<br>250 James St<br>Morristown, NJ 07960 | | | 1. PURCHASED BY ANOTHER LENDER<br>2. TRANSFERRED TO ANOTHER LENDER<br>3. Closed by Grantor<br>4. CHARGE OFF | | | | -1.00 |
| ACCOUNT NO.<br>Wach/Rec<br>P.O. Box 3117<br>Winston Salem, NC 27102 | | | | | | | 204.46 |

Sheet no. 2  of 2   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  7,562.46
(Total of this page)
Total ▶  $  43,643.46
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Amended*